COPY

FILED
CHARLOTTE, N. C.

MAR 2 9 2006

U.S. DISTRICT COURT
W. DIST. OF N. C.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

MISC. NO. 3:06MC40-V

IN RE: **OPERATION OF GOVERNMENT LEASED VEHICLES**

Probation Officers assigned to this Court may, in the performance of their official duties, use Government Leased Vehicles to transport themselves between their official office and residence, when in the judgment of the Chief Probation Officer, such travel is consistent with applicable regulations regarding the use of official Government Leased Vehicles by Probation Officers. Such travel must have the prior review and approval of the Chief Probation Officer.

Probation Officers in this district are also authorized, in the performance of their official duties, to transport non governmental personnel in Government Leased Vehicles, where, in the judgement of the Officers, the circumstances justify doing so. The Probation Officer shall make a record of each instance (on Travel Log) and submit this information to the Chief Probation Officer to review the record and assure compliance.

Considered and ordered this 28th day of March, 2006.

Richard L. Voorhees
Chief U.S. District Judge